IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**JOSEPH COSMO CIAPPINA,**

                  Petitioner,

v.

**JEANNE WOODFORD, et al.,**

                  Respondents.

CIV-S-06-0557 MCE DAD P

**ORDER**

GOOD CAUSE APPEARING therefor, Respondents' May 22, 2006 request for enlargement of time is granted and Respondents are granted a 60-day extension of time up to and including July 21, 2006, within which to file a response to the petition for writ of habeas corpus.

DATED: May 23, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/ciap0557.extresp