IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH COSMO CIAPPINA,

    Petitioner,                    No. CIV S-06-0557 MCE DAD P

   vs.

JEANNE WOODFORD, et al.,

    Respondents.              ORDER

_____/

       Petitioner is a former state prisoner proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner challenges a judgment of conviction entered against him on October 23, 2001 in the Yolo County Superior Court on charges of oral copulation with a minor and sodomy with a minor. This court has independently verified that petitioner has been released from prison and discharged from parole. Good cause appearing, petitioner will be ordered to show cause why this matter should not be dismissed on the grounds that petitioner is no longer "in custody" for purposes of the habeas corpus statute. See 28 U.S.C. § 2254(a); Jones v. Cunningham, 371 U.S. 236, 243 (1963).

/////

/////

/////

Accordingly, IT IS HEREBY ORDERED that petitioner show cause within thirty days from the date of this order why this matter should not be dismissed on the grounds that petitioner is no longer "in custody" for purposes of 28 U.S.C. § 2254(a).

DATED: August 19, 2009.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:8:
ciappina557.o